IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01267-PAB

KAREN HUGHES

    Plaintiff,

v.

FLAGSTAR BANK, FSB, a Federally Chartered Stock Savings Bank,
FLAGSTAR BANCORP, INC., a Michigan Corporation,
PUBLIC TRUSTEE FOR ROUTT COUNTY, COLORADO, and
FRED HUGHES, individually,

    Defendants.

## ORDER

This matter is before the Court on the Joint Motion to Deposit Funds Into the Registry of the Court [Docket No. 10] filed by defendant Flagstar Bank, FSB, and plaintiff Karen Hughes.  The parties request that the Court enter an Order pursuant to D.C.Colo.LCivR 67.2 to allow plaintiff to deposit a $4500.00 bond in the registry of the Court to secure a thirty-day continuation of the foreclosure sale on plaintiff's residence scheduled for May 23, 2012.  Docket No. 9 at 1, ¶ 4.  Plaintiff has also agreed to withdraw her motion for temporary restraining order [Docket No. 4].  The Court has reviewed the pleading and is fully advised in the premises.

    Accordingly, it is

    **ORDERED** that the Joint Motion to Deposit Funds Into the Registry of the Court [Docket No. 10] is **GRANTED**.  It is further

**ORDERED** plaintiff Karen Hughes shall deposit $4500.00 in the Court Registry Investment System pursuant to D.C.COLO.LCivR 67.2.  It is further

**ORDERED** that Plaintiff's Motion for Temporary Restraining Order [Docket No. 4] is **WITHDRAWN**.

DATED May 18, 2012.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge