# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: June 14, 2012  
Time: 2 hours and 13 minutes

**CASE NO.  12-cv-01267-PAB-KMT**

| Parties | Counsel |
|---|---|
| **KAREN HUGHES,** | Mark Hofgard |
| Plaintiff (s), | |
| vs. | |
| **FLAGSTAR BANK, FSB, FLAGSTAR BANCORP, INC., and ROUTT COUNTY PUBLIC TRUSTEE,** | Roy Penny, Jr. |
| Defendant (s). | |

## HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**2:35 p.m.**   **COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Karen Hughes is present.

**Plaintiff's Renewed Motion for Preliminary Injunction (Doc #18).**

**2:43 p.m.**   Direct examination of plaintiff Karen Hughes by Mr. Hofgard.

Plaintiff's **exhibits 2 through 18** (inclusive) identified, offered and ADMITTED.

Page Two
12-cv-01267-PAB-KMT
June 14, 2012

**3:18 p.m.**     Cross examination by Mr. Penny.

Defendant's **exhibits T, G and K** identified, offered and ADMITTED.

**3:55 p.m.**     Redirect examination by Mr. Hofgard.

Plaintiff is excused.

Defendant's **exhibits E, I, M, N, P, Q, and R** offered and ADMITTED.

**4:00 p.m.     COURT IN RECESS**

**4:12 p.m.     COURT IN SESSION**

Argument by Mr. Hofgard.

Argument by Mr. Penny.

Rebuttal argument by Mr. Hofgard.

Court states its findings and conclusions.

**ORDERED:**  Plaintiff's Renewed Motion for Preliminary Injunction (Doc #18) is **DENIED.**

**5:00 p.m.     COURT IN RECESS**

**Total in court time:**     133 minutes

**Hearing concluded**