IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01267-PAB-KMT

KAREN HUGHES

    Plaintiff,

v.

FLAGSTAR BANK, FSB, a Federally Chartered Stock Savings Bank,
FLAGSTAR BANCORP, INC., a Michigan Corporation,
PUBLIC TRUSTEE FOR ROUTT COUNTY, COLORADO, and
FRED HUGHES, individually,

    Defendants.

---

**ORDER**

---

This matter is before the Court on the Stipulation for Dismissal Without Prejudice [Docket No. 43] filed by plaintiff Karen Hughes and defendant Flagstar Bancorp, Inc. wherein those parties stipulate to the dismissal of this case as to defendant Flagstar Bancorp, Inc. only. The Court has reviewed the pleading and is fully advised in the premises.

Accordingly, it is

**ORDERED** that the Stipulation for Dismissal Without Prejudice as to Defendant Flagstar Bancorp, Inc. Only [Docket No. 43] is **CONVERTED** into a Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(2) and is **GRANTED**. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all of plaintiff's claims against defendant Flagstar Bancorp, Inc. are dismissed without prejudice, with each party to bear its own attorney's fees and costs.

DATED July 3, 2012.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge