IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01267-PAB-KMT

KAREN HUGHES,

     Plaintiff

v.

FLAGSTAR BANK, FSB, a Federally Chartered Stock Savings Bank;
PUBLIC TRUSTEE, ROUTT COUNTY, COLORADO; and
FRED HUGHES, individually,

     Defendants.

---

**ORDER EXCUSING DEFENDANT PUBLIC TRUSTEE FROM PARTICIPATION IN
ALTERNATE DISPUTE RESOLUTION AND TRIAL, AND FROM COMPLIANCE
WITH FEDERAL RULES OF CIVIL PROCEDURE 16 AND 26**

---

Based upon the Unopposed Motion of Defendant Public Trustee to be Excused from

Participation in Alternate Dispute Resolution and Trial, and from Compliance with Federal Rules

of Civil Procedure 16 and 26 and good cause appearing therefore, it is hereby ordered that the

Public Trustee of Routt County is excused from participation in any alternate dispute resolution

that may be ordered and trial, and from compliance with Federal Rules of Civil Procedure 16 and

26.

Dated at Denver, Colorado, this _16th_ day of _August_, 2012.

BY THE COURT:

_____
United States Magistrate Judge