IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01267–KMT

KAREN HUGHES,

    Plaintiff,

v.

FLAGSTAR BANK, FSB, a Federally Chartered Stock Savings Bank,
PUBLIC TRUSTEE ROUTT COUNTY, COLORADO, and
FRED HUGHES, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant Flagstar Bank, FSB's "Motion to Stay Proceedings Due to Bankruptcy Filing" (Doc. No. 54, filed August 8,2012) is GRANTED. Though Defendant Hughes is a defendant in this matter, he has not been served and may not be served pursuant to the automatic bankruptcy stay under sections 361 and 362 of the United States Bankruptcy Code. However, Defendant Hughes is the co-owner of the real property involved in this case, and is signatory on the Deed of Trust under which such real property was pledged as collateral to Defendant Flagstar Bank to secure repayment of a loan. Therefore, this case is STAYED unless and until relief from the automatic stay is granted. All deadlines and hearings set in this matter are VACATED. Plaintiff is ORDERED to file a status report in this case within ten days of any relief from the stay in the bankruptcy case. Additionally, Plaintiff must serve Defendant Fred Hughes with process within 30 days of the lifting of the bankruptcy stay. The Order to Show Cause (Doc. No. 70) is DISCHARGED.

Dated: September 19, 2012